# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Eugene Joseph Holliday )
(Full Name)         (Register No.) )
929 N. ROBBERSON )
)
SPRINGFIELD, MO. 65802 )
)
Plaintiff(s), )
)
)
v. )
Billy Simpson #2363 Polk County Deputy )
Polk County Sheriff's Dept. et al., )
Bolivar Police Dept. et al., )
(Full Name) )
Missouri State Hwy Patrol Troop D et al., )
Dan Bracker - John S Bickers )
C.C. Meyer - John Bishop )
Terry Moore )
Greene County Sheriffs Dept. et al., )
Defendant(s). )

No. _____

TO BE FILED

00-3514-CV-S-1-P

FILED DEC 18 2000

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Greene County Jail 929 N. Robberson Springfield, Mo. 65802

II. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

A. Plaintiff: Eugene Joseph Holliday   Register No. N/A
   Address: 929 N Robberson St.
   Springfield, mo. 65802

B. Defendant Billy Simpson #2363
   is employed as Polk County Deputy Sheriff
   at Polk County Sheriffs Dept. 113 E. Jefferson St. Bolivar, mo.

11-96

Defendants Continued See Attached

Case 6:00-cv-03514-SOW   Document 1   Filed 12/18/00   Page 1 of 8

## Defendant Cont.

Defendant <u>Polk County Sheriffs Dept. AL,</u> is Employed as <u>Administration</u> at <u>113 E. Jefferson St. Bolivar, MO.</u>

Defendant <u>Bolivar Police Dept. AL,</u> is Employed as <u>Administration</u> at <u>345 S. Main Ave. Bolivar, MO.</u>

Defendant <u>Missouri State Hwy Patrol Troop D AL,</u> is Employed as <u>Administration</u> at <u>East Kearney St. Springfield, MO.</u>

Defendant <u>Dan Bracker</u> is Employed as <u>Missouri State Trooper</u> at <u>Troop D - East Kearney St. Springfield, MO.</u>

Defendant <u>John J. Bickers</u> is Employed as <u>Missouri State Trooper</u> at <u>Troop D - East Kearney St. Springfield, MO.</u>

Defendant <u>C. C. Meyer</u> is Employed as <u>Missouri State Trooper</u> at <u>Troop D - East Kearney St. Springfield, MO.</u>

Continued
See Attached

pg. 2

## Defendants Cont.

Defendant John Bishop
is Employed AS Missouri State Trooper
AT Troop D - East Kearney St. Springfield, MO.

Defendant Terry Moore
is Employed AS Missouri State Trooper
AT Troop D - East Kearney St. Springfield, MO.

Defendant Greene County Sheriff's Dept. AL,
is Employed AS Administration
AT 929 N. Robberson St. Springfield, MO. 65802

For additional plaintiffs or defendants, provide above information in same format on a separate page.

III. Do your claims involve medical treatment? Yes _X_ No ___
IV. Do you request a jury trial? Yes _X_ No ___
V. Do you request money damages? Yes _X_ No ___
   State the amount claimed. $ _OPEN / JURY_ ((actual) (punitive))
VI. Are the wrongs alleged in your complaint continuing to occur? Yes ~~No~~
VII. Grievance procedures:
   A. Does your institution have an **administrative or** grievance procedure? Yes _✓_ No ___
   B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No _✓_
   C. If a grievance was filed. state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
   _N/A_

   D. If you have not filed a grievance, state the reasons.
   This ACTION is AgAiNSt LAW ENForcement OFFicers Outside This INStitution, AT The Time OF my ARRest. Therefore This Does NOT APPly.

VIII. Previous cases:
   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No _✓_
   B. Have you begun other cases in state or federal courts for any other reason except to obtain habeas corpus relief? Yes ___ No _✓_
   C. If your answer is "yes." to either of the above questions. provide the following information for each case.
      (1) Style: _N/A_
          (Plaintiff)          (v.)          (Defendant)
      (2) Date filed: _____
      (3) Court where filed: _N/A_
      (4) Case number and citation: _____
      (5) Basic claim made: _N/A_

      (6) Date of disposition: _____

11/96                                    2

Case 6:00-cv-03514-SOW   Document 1   Filed 12/18/00   Page 4 of 8

(7) Disposition: ___N/A___
[(pending) (on appeal) (resolved)]
(8) If resolved. state whether for:
___N/A___
[(plaintiff) or (defendant)]

For additional cases, provide the above information.in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. YOU may do that in Item "B" below. If you allege related claims. number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON Thursday September 28, 2000 At Approximately 16:00 Hrs. I Turned off South Hwy. 13 onto Polk County Road - E-420, I Traveled About 50 Feet To A South Bound Drive-Way, Pulled In, Then Backed Out On Road E-420, I Traveled About 20 Feet when I Noticed Flashing Red, And White Light behind My Vehicle. So I Pulled my Vehicle To The Right Shoulder, And Stopped. I Turned my motor OF The Vehicle off. A Man Approached my Vehicle, I Assumed he was A Law Enforcement Officer. H Asked me what I was Doing on that Road. I Thought That was A Strange Question For Him — be Asking. — Statement of Claim Cont, see Attached

B. State briefly your legal theory or cite appropriate authority:

Missouri Supreme Court ruling Passed November 28, 2000 That Drug Check Points Are Unconstitutional, De Gree of force Violates 4th AND 8 3-k Admendment Rights. Officers Also Violated My 5th + 14th Admendment Rights To Due Process. No Probable Cause for Stopping Me.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

I want Money Damages Awarded, All charges That I've been Charged With Since I Was Unlawfully Stopped Dismissed With PreJudice In Polk, AND Greene Counties. Sue Defendants for Violating my Rights, AND Use of Excessive Force. Actual / Punitive Damages,

11 96                                        3

Case 6:00-cv-03514-SOW   Document 1   Filed 12/18/00   Page 5 of 8

STATEMENT CLAIM CONTINUED:

ME. I HAD DONE NOTHING WRONG, BUT I ANSWERED THAT I PULLED OFF TO RELIEF MYSELF. HE THEN ASK FOR MY DRIVERS LICENSE. I TOOK OUT MY WALLET, AND GAVE HIM MY LICENSE. AT THAT TIME HE ALSO SAW MY SOCIAL SECURITY CARD, AND ASKED FOR IT, SO I GAVE IT TO HIM. HE THEN WANTED TO SEE MY VEHICLE REGISTRATION, AND PROOF OF INSURANCE. SO I OPENED THE GLOVE COMPARTMENT, TOOK OUT INSURANCE CARD, HANDED IT TO HIM. I THEN REMOVED THE PINK SLIP FROM GLOVE BOX, AND ASKED DO YOU WANT THIS TOO? HE SAID SIR STEP OUT OF THE VEHICLE. SO I STARTED TO PUT THE PINK SLIP BACK INTO THE GLOVE BOX, WHEN THIS MAN GRABBED ME BY MY SHIRT. STARTLED BY HIS ACTION, I STARTED THE VEHICLES MOTOR, AND TRIED TO PULL AWAY. HE THEN GRABBED MY STEERING WHEEL. HE RAN ALONGSIDE MY VEHICLE APPROXMATELY 10 FEET, WHEN I HIT MY BRAKES, AND TOLD HIM TO LET GO. I DROVE AWAY. HE THEN RAN TO HIS CAR. AS I WAS TURNING BACK ONTO SOUTH HWY. 13, I NOTICED A SIGN.

CONTINUED

## Degree of Force

I was traveling about 10-20 MPH when Dan Bracker rammed my vehicle at a very high rate of speed. John Bickers then slammed his patrol vehicle into the drivers side of my vehicle, causing it to slid into a Wendy's Resturant parking lot, located on Kearney Ave. I shut my vehicles motor off, stepped out walked to the front of my vehicle. <u>I was injuried by the collison</u>. I bent over looking down when officers started piling on top of me. Several kicks, and punches where deliveried by these officers to my head - neck - upper back - lower back. One Greene County Deputy put both knees along side face, and began kneeing me in my right side of my face. One officer dropped his knee into the top of my right forearm, unsure who it was. I was hand-cuffed, and searched. <u>No drugs, or weapons where found</u> on me or in my vehicle.

<u>This concluleds part 2 of my claim</u>

XI. Counsel:
- A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.  N/A
- B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes X   -- No

    If so, state the name(s) and address(es) of each lawyer contacted.
    SPriNGfielD MissouRi BAR ASSOCiATioN
    33 PArK CeNtRAL EAST, STE. 1010 • SpriNgField MO. 65806

    If not, state your reasons.  N/A

- C. Have you previously had a lawyer representing you in a civil action in this court?   Yes   No ✓

    If so, state the lawyer's name and address:  N/A

I declare **under penalty of perjury that the foregoing is true and correct.**
Executed (signed) this 6 day of December, 2000

*Eugene J. Holliday*

(Signature(s) of Plaintiff(s))

11/96

4

Case 6:00-cv-03514-SOW   Document 1   Filed 12/18/00   Page 8 of 8